RECEIVED
2011 AUG 10 P 1:50
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WILLIAMSON and RON BALLARD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE REINALT-THOMAS CORPORATION, et al.<br><br>Defendant. | CASE NO. 5:11-CV-03548-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Van H. Beckwith, whose business address and telephone number is

Van H. Beckwith, BAKER BOTTS L.L.P., 2001 Ross Avenue, Dallas, Texas 75201. Telephone: (214) 953-6500.

and who is an active member in good standing of the bar of the State of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants The Reinalt-Thomas Corporation and Discount Tire Co., Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 16, 2011

*/s/ Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge