SEAN P. REIS (SBN 184044)
**THE REIS LAW FIRM, A.P.C.**
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone:   (714) 352-5200
Facsimile:    (714) 352-5201

ANTHONY CAPOBIANCO (SBN 162551)
**CAPOBIANCO LAW OFFICES, P.C.**
77935 Calle Tampico, Suite 101
La Quinta, CA 92253
Telephone:   (760) 771-8345
Facsimile:    (760) 771-8128

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WILLIAMSON and RON BALLARD, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE REINALT-THOMAS CORPORATION, a Michigan corporation; DISCOUNT TIRE CO., INC., an Arizona corporation; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO.:  5:11-cv-03548-LHK<br><br>[Honorable Lucy H. Koh]<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED CLASS ACTION COMPLAINT (AS MODIFIED)** |

Having considered the parties' Stipulation To Grant Plaintiffs Leave To File A First Amended Class Action Complaint, the Court hereby ORDERS:

1.   Plaintiffs shall have until December 1, 2011 to file a First Amended Class Action Complaint, which shall drop Plaintiff Ron Ballard and Defendant Discount Tire Co., Inc., an Arizona Corporation as Plaintiff and Defendant, respectively;

2. Defendants shall have until January 13, 2012 to file a responsive pleading to the First Amended Class Action Complaint;

3. Plaintiff Geoff Williamson's First Set of Interrogatories served on November 2, 2011 are withdrawn, and

4. Defendants' shall withdraw, without prejudice, the pending Motion to Dismiss, currently set for hearing on February 2, 2012.  Defendants may refile a motion to dismiss after Plaintiffs file a First Amended Class Action Complaint.  If Defendants file a motion to dismiss a First Amended Class Action Complaint, Defendants must contact the Courtroom Deputy to obtain a new hearing date for the motion.

Dated:  November 22, 2011

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge